U.S. DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION

LBUBS 2007-02 TOWNE CENTER ROAD
LLC, et al

                Case No.: 2:09-cv-13249-TLL-CEB

    Plaintiffs,

v                                                    Hon. Thomas L. Ludington

SAGINAW SH-MG, et al

    Defendants.

| BRAUN KENDRICK FINKBEINER, PLC<br>By:  KENNETH W. KABLE (P15635)<br>       FRANCIS J. KEATING (P39223)<br>Attorneys for Plaintiffs<br>4301 Fashion Square Boulevard<br>Saginaw, MI 48603<br>989-498-2256 X 565<br>Fax: (989) 799-4666<br>Email: kenkab@bkf-law.com<br>Email: frakea@bkf-law.com | DICKINSON WRIGHT<br>By:  KIMBERLY J. RUPPELL (P55138<br>Attorney for Defendants<br>38525 Woodward Avenue<br>Suite 2000<br>Bloomfield Hills, MI 48304-2970<br>(248) 433-7274<br>Fax: (248) 433-7272<br>Email: kruppel@dickinsonwright |
|---|---|

## APPEARANCE

NOW COMES Francis J. Keating of Braun Kendrick Finkbeiner, P.L.C. and enters his appearance as co-counsel on behalf of Plaintiff in the above-entitled matter.

Dated: August 19, 2009                BRAUN KENDRICK FINKBEINER P.L.C.

                                                By:   /s/ Francis J. Keating
                                                        Francis J. Keating
                                                        Counsel for Plaintiff
                                                        4301 Fashion Square Boulevard
                                                       Saginaw, Michigan 48603
                                                      989-498-2256 X 565
                                                        frakea@bkf-law.com
                                                       P39223

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2009, this office has sent a copy of *Appearance via electronic filing and First Class Mail* to **all parties that receive electronic notices.**

Dated:  August 19, 2009          BRAUN KENDRICK FINKBEINER, P.L.C.

         By:    /s/ Francis J. Keating
                Francis J. Keating
                Counsel for Plaintiff
                4301 Fashion Square Boulevard
                Saginaw, Michigan  48603
                989-498-2256 X 565
                frakea@bkf-law.com
                P39223