U.S. DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION

LBUBS 2007-02 TOWNE CENTER ROAD
LLC, et al

        Case No.: 2:09-cv-13249-TLL-CEB

    Plaintiffs,

v        Hon. Thomas L. Ludington

SAGINAW SH-MG, et al

    Defendants.

| BRAUN KENDRICK FINKBEINER, PLC | DICKINSON WRIGHT |
|---|---|
| By: KENNETH W. KABLE (P15635) | By: KIMBERLY J. RUPPELL (P55138 |
|     FRANCIS J. KEATING (P39223) | Attorney for Defendants |
| Attorneys for Plaintiffs | 38525 Woodward Avenue |
| 4301 Fashion Square Boulevard | Suite 2000 |
| Saginaw, MI 48603 | Bloomfield Hills, MI 48304-2970 |
| 989-498-2256 X 565 | (248) 433-7274 |
| Fax: (989) 799-4666 | Fax: (248) 433-7272 |
| Email: kenkab@bkf-law.com | Email: kruppel@dickinsonwright |
| Email: frakea@bkf-law.com | |

### CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2009, this office has sent a copy of Subpoenas for Crescent Hotels & Resorts and a Subpoena for Shaner Solutions *via electronic filing and First Class Mail* to **all parties that receive electronic notices.**

Dated: August 19, 2009        BRAUN KENDRICK FINKBEINER, P.L.C.

        By:   /s/ Kenneth W. Kable
            KENNETH W. KABLE
            Attorneys for Plaintiffs
            4301 Fashion Square Boulevard
            Saginaw, MI 48603
            989-498-2256 X 565
            kenkab@bkf-law.com
            (P15635)