# SUMMONS AND COMPLAINT
## PROOF OF SERVICE
Case No. 09-006061-CK

**TO PROCESS SERVER:** You are to serve the summons and complaint not later than 91 days from the date of filing or the date of expiration on the order for second summons. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

### CERTIFICATE/AFFIDAVIT OF SERVICE/NON-SERVICE

| ☐ OFFICER CERTIFICATE | OR | ☒ AFFIDAVIT OF PROCESS SERVER |
|---|---|---|
| I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party (MCR 2.104[A][2]), and that: (notarization not required) | | Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that: (notarization required) |

☒ I served personally a copy of the summons and complaint,
☐ I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint,
together with _SEE ATTACHED LIST_
(List all documents served with the Summons and Complaint)

_SERVED AT: 4 POINTS SHERATON_ on the defendant(s):

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| REG AGENT: MICHELE MURWICK  SAG-SH-BB, L.L.C. | 4960 TOWNE CENTRE RD, SAG, MI 48604 | FRI-8/7/09-12:55 PM |

☐ I have personally attempted to serve the summons and complaint, together with any attachments on the following defendant(s) and have been unable to complete service.

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |

A TRUE COPY
Susan Kaltenbach, Clerk

_SEE BILLING LIST_

| Service fee | Miles traveled | Mileage fee | Total fee |
|---|---|---|---|
| $29.61 | .9 | $.74 | $30.35 |

Signature: _Thomas R. Call Jr._
Name (type or print): THOMAS R. CALL JR. - PRES., CALLISON, L.L.C.
Title: PROCESS SERVER

Subscribed and sworn to before me on _8/7/09_, Bay (Acting in Saginaw) County, Michigan.
My commission expires: _5/29/12_   Signature: _Susan E. Stubbs_
Notary public, State of Michigan, County of _Bay_   Deputy court clerk/Notary public   SUSAN E. STUBBS

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of the summons and complaint, together with _SEE ATTACHED LIST OF DOCUMENTS_
Attachments
on _FRI-8/7/09-12:55 PM_
Day, date, time
X _[signature]_ on behalf of _SAG-SH-BB, L.L.C._
Signature

S0738585.DOC.1

Approved, SCAO

Original - Court
1st copy - Defendant
2nd copy - Plaintiff
3rd copy - Return

| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>10th JUDICIAL CIRCUIT<br>COUNTY PROBATE | SUMMONS AND COMPLAINT | CASE NO.<br>09-           CK 4<br>00606 L |
|---|---|---|

Court address: 111 S. Michigan Avenue, Saginaw, MI 48602     Court telephone no. (989) 760-5251

| Plaintiff name(s), address(es), and telephone no(s).<br>LBUBS 2007-O2 TOWNE CENTER ROAD, LLLC<br>C/O Braun Kendrick Finkbeiner P.L.C. | v | Defendant name(s), address(es), and telephone no(s).<br>SAGINAW SH-BB, LLC<br>Resident Agent: Michelle Murlick<br>2501 Tittabawasee Road<br>Saginaw, MI 48604 |
|---|---|---|
| Plaintiff attorney, bar no., address, and telephone no.<br>Braun Kendrick Finkbeiner P.L.C.<br>By: Kenneth W. Kable (P15635)<br>4301 Fashion Square Boulevard<br>Saginaw, MI 48603<br>(989) 498-2256 X565 | | |

**SUMMONS**   NOTICE TO THE DEFENDANT: In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons to **file a written answer with the court** and serve a copy on the other party or take other lawful action with the court (28 days if you are served by mail or you were served outside this state). (MCR2.11
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demand in the complaint.

| Issued<br>AUG 0 6 2009 | This summons expires<br>NOV 0 6 2009 | Court clerk<br>Susan Kaltenbach |
|---|---|---|

*This summons is invalid unless served on or before its expiration date.
This document must be sealed by the seal of the court.

**COMPLAINT**   *Instruction: The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.*

**Family Division Cases**
☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.
☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|

**General Civil Cases**
☒ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|

**VENUE**

| Plaintiff(s) residence (include city, township, or village)<br>Saginaw, MI | Defendant(s) residence (include city, township, or village)<br>Delaware, Maryland |
|---|---|
| Place where action arose or business conducted<br>Saginaw, MI | |
| Date 8/5/09 | Signature of attorney/plaintiff KENNETH W. KABLE |

If you require special accommodations to use the court because of a disability or if you require foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

MC01 (3/08) SUMMONS AND COMPLAINT     MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a), (b), MCR 3.206(A)
S0738585.DOC.1

## LIST OF DOCUMENTS SERVED ON RESIDENT AGENT MICHELLE MURLICK

LBUBS 2007-02 TOWNE CENTER ROAD LLC, v SAGINAW SH-BB, LLC
CASE No. 006061-CK-4

1. Summons
2. Order Setting Forth Duties And Obligations Of Court Appointed Receiver
3. Verified Complaint
4. Brief In Support Of Plaintiff's Motion For Appointment Of Receiver
5. Ex Parte Motion For Appointment Of Receiver And For Temporary Restraining Order

Acknowledged by: _____       August 7, 2009
                 Michelle Murlick

Served by: _____       August 7, 2009
           Tom Call

S0739199.DOC.1