# EXHIBIT 13

## E-mail to and from Kevin Goshan 7/13/09

S0748665.DOC.1

**From:** Kevin Golshan [mailto:Kevin@tggcorp.com]
**Sent:** Monday, July 13, 2009 6:23 PM
**To:** Suyapa Martinez
**Cc:** Chris Brown; Richard Schloss; Christopher Reeder; Beverly Lu; Benjamin Soofer
**Subject:** RE: M343001846 / Saginaw SH - MG / Four Points by Sheraton - Saginaw

I don't understand your question.  Are you asking me if I have set a date for foreclosure?   I am consulting with a Bankruptcy attorney at this time.

**From:** Suyapa Martinez [mailto:smartinez@lnrproperty.com]
**Sent:** Monday, July 13, 2009 11:43 AM
**To:** Kevin Golshan
**Cc:** Chris Brown
**Subject:** M343001846 / Saginaw SH - MG / Four Points by Sheraton - Saginaw

Good Afternoon Kevin,

Do we have a Foreclosure Start date for the following asset listed above? Please advise ASAP.

Thank you,

*Suyapa Martinez*

8/14/2009

LNR Partners, Inc.

Real Estate Finance and Servicing Group

Asset Management/Lender Consent Administrator

1601 Washington Avenue, 7th Floor

Miami Beach, Florida 33139

Direct Line (305) 695-5082

Fax Line (305) 695-5601

Smartinez@lnrproperty.com

8/14/2009