# EXHIBIT 17

**Receiver Transition Report - Four Points Sheraton**

# Transition Report

Property: 4 Points Saginaw
Address 4960 Crown Centre Road
Start date of transition: August 7, 2009

SUBJECT PROPERTY

The subject property is a 142-room Sheraton Four Points hotel located in Saginaw Michigan. Originally built in 1981, the property was renovated in 2005-06. The renovation included the replacement of furniture, guestroom carpet and wall vinyl, some courtyard improvements and 60 new PTAC units. The property has 4228 sq/ feet of usable banquet space, which together with the restaurant is finishing up a ten-year lease with its tenant, Damon's Restaurant. The frontage for the hotel shares signage space with Damon's Restaurant. The hotel is situated in a suburban area with a metropolitan population of approximately 187,000. Current economic growth in the area is relatively stable after the large contraction in the automotive industry which closed a handful of manufacturing plants in the area.

INITIAL OBSERVATIONS ON TAKEOVER

MANAGEMENT AND ACCOUNTING

On August 7, 2009, Hostmark Hospitality Group became the Court appointed Receiver for the property. Present at the property for Hostmark on that day was, Tom Schulz and Derek McElroy to oversee operations, Ida Pesce-Figueroa to observe sales and marketing, and Timir Mehta to oversee financial reporting and accounting-related issues.

Hostmark was informed that the property was operating without an independent management company qualified by the lender or the franchise company since its previous management company terminated its agreement with the owners on February 28, 2009. The General Manager is also the Area Manager for the Holiday Inn Express across the street. The operation was staffed at the most minimal levels with the sales manager working several shifts a week at the front desk to ensure desk coverage. A franchise inspection conducted on May 28th to May 30th of this year indicated shortfalls in Welfare and Security, Conditions and Cleanliness (see Exhibit A).

Upon Hostmark's arrival, it was discovered that an accounting or payroll service was not being utilized to generate monthly financials or to process payroll. The staff at this property performed rudimentary accounting and payroll functions through the use of Quickbooks for itself as well as the Holiday Inn Express across the street. The hotel has not produced any detailed financial statements since previous management resigned its position because of concerns of not having adequate funding by owners to meet payroll requirements.

An inspection of the information posted to Quickbooks concluded that the information was not properly recorded and/or identified. Accounting functions are being handled by hotel personnel who have no background in bookkeeping. Hence, any resulting reports cannot be relied upon to accurately present the financial position of the hotel. However, further investigation of this issue will need to be undertaken as the time did not allow for a full and complete audit of the register entries. It is evident, however, that financial reporting was not performed according to

1

Uniform System of Accounts for the Lodging Industry or GAAP.  Like the Holiday Inn Express across the street, there were no controls, procedures or mechanisms in place for house banks, inventory of supplies or master keys.  Hostmark's transition team implemented an inventory system that would track usage and secure materials.  A master key system was instituted to account for all master keys in use, and procedures were set forth for house banks.  New bank accounts were also opened to cover payroll and operating expenses.  Hostmark is currently administering payroll and has placed the property on the Hostmark financial reporting system.

An inspection of the accounting records at the Hotel shows that Ownership distributed to the Owners $200,000.00 in 2008 and $140,000.00 in 2007 (see Exhibit B).  This was surprising since Owners had implemented cost cutting systems in 2009, which were negatively impacting the hotel room cleanliness and sales efforts and therefore the gross operating revenues.  The 2008 distribution was particularly surprising in light of the net profit for 2008 being negative $134,740.00 (see Accounting Issues).

At the time of the take-over the financial condition of the Four Points by Sheraton was a minus $198,446.73 (see Accounting Issues).

SALES AND MARKETING

As earlier stated, the property's Sales Manager and Director of Sales have been covering shifts at the front desk since personnel have been severely cut back to save on wages.  This is in part the reason that 2009 revenue is down both actual and projected by $411,633.00 for calendar year 2009
The property's YTD occupancy is 60.70% down 6.3% from last year, and its average daily rate is $74.08, which is down $2.95 from the previous year. The Director of Sales covers this property as well as the Holiday Inn Express across the street with virtually no staff.  She has been handling all markets for both properties, which may have caused a number of missed opportunities.  RevPar decreased over 23% in the second quarter of this year due primarily to a drop in occupancy (see Exhibit C).  There is a Sales Manager who spends the majority of his time at the Holiday Inn Express, but also filled in at the front desk when needed.  The transition team was able to restructure schedules that allowed him to concentrate on sales 100% of the time.  He will require a great deal of training from the Director of Sales, but he appears to be excited about the opportunity to learn and produce.  Although the General Manager comes from a sales background, there appears to be so much more that can be done with integrated marketing and leveraging the brand.  After the introduction to Hostmark's proprietary sales programs, the Director of Sales was encouraged to reach out to Starwood to work on field marketing and promotions, something that was never done before.

The property currently offers a complimentary breakfast as part of the room rate primarily to compete with other hotels in the area.  This service is not mandated by the brand and in many ways works to the detriment of the property.  The continental breakfast, which is poorly presented, is serviced by Damon's Restaurant and is the focus of many complaints. A cursory inspection of the restaurant bore concerns about old and dirty equipment that could be cause for health code violations.  Damon's is also responsible for room service, which the property is mandated to offer.  The restaurant charges the hotel $3.10 per occupied room for breakfast regardless of its occupancy (single or double).  Since the hotel does not operate any food and beverage outlets, the hotel must obtain permission from the tenant, Damons, before it can book any of the 4200+ sq. feet of banquet/meeting space.  The property has had a long and difficult relationship with Damon's and, as such, has not deployed much of a sales effort towards catering

that would service group business and social events. The potential for revenue in this segment is considerable, however, it has failed to produce due most in part to the acrimonious relationship and poor level of service the restaurant delivers. The lease for Damon's space is to expire in April of 2010.

PHYSICAL PLANT ISSUES:

The property was built in1981 and went through a renovation in 2005. It has been a leader in the market for most of its 28 years, having been constructed just after the local mall was built and having the local population grow up with the property through its various brands. However, inconsistent renovations throughout the years have caused a number of deferred maintenance issues which, unfortunately, require immediate attention. They include:

- Repair or replacement of a 5-ton HVAC unit for the hallways which has been inoperable for 20+ years. This has caused the hallways to smell musty and make them uncomfortably cold or hot during spells of extreme weather;
- 30 exterior walls to guestrooms suffer from on-going mildew issues, of which 12 are in seriously poor condition. This is being caused by water penetrating deteriorated caulking around the windows. Instead of replacing the walls they were covered with paint and wall vinyl;
- 68 of guestroom windows contain condensation between double paned glass;
- 25 tub and tile surrounds require immediate replacing due to an earlier porcelain application which failed and has resulted in flaking;
- Replacement of laminate panels and carpeting in the elevators;
- High rise signage needs repairing as all but one bulb is working;
- 6 Guestroom doors need replacing; and
- Drainage requires repair in the parking lot behind hotel and entrance to the banquet hall; the area floods to a depth that has stalled cars in the past.

Other property concerns that will require consideration in the near future consist of:

- 81 PTAC units that are coming to the end of their useful life. Failure to replace these units will probably result in higher than necessary energy costs;
- Current patchwork needed in the parking lot which will eventually require resealing within the next year;
- Interior pool walls are crumbling and will need re-surfacing within the year;
- 12 tables and chairs on the pool deck needed for additional sellable space; and
- Hallway carpets will need replacing due to wear and lack of ventilation.

Brand mandated concerns involve:

- 148 32-inch flat screen Philips television with mounts and remotes needed;
- 12 beds currently not meeting Sheraton standards;
- HVAC units requiring replacement soon ;
- HVAC units required for meeting rooms;
- Updating of public restrooms;
- Weather stripping and caulking around all windows; and
- Furniture recently purchased is of residential grade and not specified to Sheraton standards (116 ottomans, 116 chairs and 16 sofa sleepers).

3

LIFE SAFETY ISSUES:

Storage problems existed that were in direct violation of fire codes and have been corrected. The majority of the storage closets were not maintained or organized properly, which in many cases were fire hazards. To date, all of these items have been removed and organized into areas far removed from heat sources.

OPERATIONAL ORGANIZATION:

Michelle Murlick is the General Manager for the property and is the Area Manager for the Holiday Inn Express across the street. She comes from a background in sales and was promoted to her current position nearly three years ago. Her strength is in sales and her involvement within the community. She sits on or is associated with a number of local boards and civic organizations within the community. As a native of Saginaw, she is well liked, respected and well known throughout the community.

ACCOUNTING ISSUES

Financial condition at takeover:

| | | |
|---|---:|---:|
| Cash on Hand | | 2,300.00 |
| *Accounts Receivables* | | |
| Guest Ledger | | 9,013.74 |
| City Ledger | | 79,759.54 |
| Cash in Bank | | 73,502.58 |
| **Total Current Assets** | | **164,575.86** |
| | | |
| Liablilities: | | |
| Advance Deposits | | 516.23 |
| *Accounts Payable* | | |
| Misc Payables | 83,585.76 | |
| Franchise Fees - July | 23,192.30 | |
| Taxes - Sales & PR - July | 25,225.33 | |
| Property Taxes | 162,502.26 | 294,505.65 |
| Payroll p/e 7/31 | | 24,533.71 |
| Payroll est 8/1 - 8/6 | | 11,271.50 |
| Capital (Outdoor Signage) | | 32,195.50 |
| **Total Current Liabilities** | | **363,022.59** |
| **Working Capital** | | **(198,446.73)** |

5

# Exhibit A

Summary for Four Points by Sheraton Saginaw

View History    1. Select Inspection    2. Click 📅 to Select a Historical Date



| Category | Score |
|---|---|
| Welfare & Security | 78 |
| Products & Services | 90 / 77 |
| Brand Identity | 94 / 91 |
| Service Culture & Delivery | 94 |
| Conditions | 72 |
| Cleanliness | 85 |

**Inspection Information**

Dates of Stay: 28 May 2009 - 30 May 2009

Inspector Name: Marc Reymann

PIPs Entered: N

**SAGINAW 4-POINTS SHERATON**
Balance Sheet
For the Month Ended December 31, 2008

|  | 12/31/08 | 11/30/2008 | 12/31/07 |
|---|---:|---:|---:|
| **Current Liabilities** |  |  |  |
| Accounts Payable | 205,808 | 106,611 | 155,610 |
| Advanced Deposit |  |  |  |
| Accrued Payroll & Expenses | 22,420 | 16,049 | 17,566 |
| Accrued General Liability |  |  |  |
| Accrued Workmans Compensation |  |  |  |
| Accrued Expenses | 42,997 | 28,641 | 26,908 |
| Accrued Interest | 28,897 | 28,897 | 28,897 |
| IBNR Reserve |  |  |  |
| Financial Instruments Payable |  |  |  |
| Deferred Revenue |  |  |  |
| Accrued Vacation | 17,641 | 17,223 | 15,444 |
| Accrued Utilities | 4,568 | 8,715 | 17,078 |
| Accrued Property Tax |  |  |  |
| Sales Tax Payable | 36,001 | 30,078 | 39,843 |
| **Total Current Liabilities** | 358,332 | 236,214 | 301,346 |
| **Long-Term Debt** |  |  |  |
| Long Term Debt |  |  |  |
| Loan Payable - Hotel | 5,430,000 | 5,430,000 | 5,430,000 |
| Loan Payable - NOMURA |  |  |  |
| Notes Payable | 30,000 | 30,000 |  |
| **Total Long-Term Debt** | 5,460,000 | 5,460,000 | 5,430,000 |
| **Long-Term Liability** |  |  |  |
| Deferred Income |  |  |  |
| **Partners Capital** |  |  |  |
| Capital | 2,816,226 | 2,816,226 | 2,816,226 |
| Distribution | (200,000) | (200,000) | (140,000) |
| Other Comprehensive Income |  |  |  |
| Income Year To Date | (38,799) | 9,217 |  |
| **Total Capital** | 2,577,427 | 2,625,444 | 2,676,226 |
| **Total Liab & Capital** | $8,395,760 | $8,321,658 | $8,407,572 |

# Exhibit C

## Tab 3 - STAR Summary - My Property vs. Comp Set and Industry Segments

Four Points Saginaw  4960 Towne Centre Rd  Saginaw, MI 48604-2813  Phone: (989) 790-5050
STR # 1710  ChainID: 0661  MgtCo: None  Owner: None
For the Month of: June 2009  Date Created: July 22, 2009  Monthly Competitive Set Data Excludes Subject Property

### Occupancy (%)

| | Current Month | % Chg | Year to Date | % Chg | Running 3 Month | % Chg | Running 12 Month | % Chg |
|---|---|---|---|---|---|---|---|---|
| Four Points Saginaw | 62.7 | -19.8 | 64.4 | -7.0 | 60.5 | -20.6 | 67.6 | -6.9 |
| Market: Michigan North | 53.6 | -6.0 | 41.1 | -6.1 | 44.5 | -5.6 | 47.2 | -4.0 |
| Market Class: Upscale Class | 62.3 | -4.2 | 48.2 | -4.7 | 51.9 | -3.4 | 55.5 | -3.7 |
| Tract: Midland-Flint | 54.9 | -12.4 | 46.0 | -8.4 | 50.0 | -8.3 | 49.7 | -6.6 |
| Tract Scale: Upscale Chains | 74.1 | -8.2 | 61.5 | -11.7 | 65.3 | -12.5 | 65.6 | -10.3 |
| Competitive Set: Competitors | 67.2 | -7.4 | 61.0 | -9.0 | 60.2 | -12.0 | 65.9 | -6.1 |

### Average Daily Rate

| | Current Month | % Chg | Year to Date | % Chg | Running 3 Month | % Chg | Running 12 Month | % Chg |
|---|---|---|---|---|---|---|---|---|
| Four Points Saginaw | 70.83 | 0.3 | 66.68 | -4.9 | 67.14 | -3.5 | 66.98 | -3.5 |
| Market: Michigan North | 77.22 | -3.4 | 72.30 | -1.8 | 73.03 | -2.0 | 78.20 | 0.0 |
| Market Class: Upscale Class | 93.09 | -5.8 | 85.65 | -3.0 | 87.42 | -3.3 | 95.14 | -0.4 |
| Tract: Midland-Flint | 72.93 | -6.9 | 70.12 | -4.1 | 71.29 | -4.9 | 73.34 | -0.3 |
| Tract Scale: Upscale Chains | 91.24 | -11.5 | 89.71 | -4.7 | 90.14 | -6.2 | 92.98 | -0.4 |
| Competitive Set: Competitors | 69.22 | -7.9 | 69.23 | -2.3 | 68.98 | -6.1 | 71.69 | 1.4 |

### RevPAR

| | Current Month | % Chg | Year to Date | % Chg | Running 3 Month | % Chg | Running 12 Month | % Chg |
|---|---|---|---|---|---|---|---|---|
| Four Points Saginaw | 44.40 | -19.5 | 42.95 | -11.6 | 40.65 | -23.3 | 45.26 | -10.1 |
| Market: Michigan North | 41.37 | -9.2 | 29.72 | -7.8 | 32.50 | -7.5 | 36.90 | -4.0 |
| Market Class: Upscale Class | 58.02 | -9.8 | 41.31 | -7.5 | 45.38 | -6.6 | 52.82 | -4.1 |
| Tract: Midland-Flint | 40.07 | -18.5 | 32.25 | -12.1 | 35.62 | -12.7 | 36.48 | -6.9 |
| Tract Scale: Upscale Chains | 67.59 | -18.8 | 55.19 | -15.9 | 58.86 | -18.0 | 60.99 | -10.6 |
| Competitive Set: Competitors | 46.49 | -14.8 | 42.25 | -11.1 | 41.54 | -17.5 | 47.23 | -4.8 |

### Census/Sample - Properties & Rooms

| | Census Properties | % Chg | Rooms | Sample Properties | Rooms | Sample % Rooms |
|---|---|---|---|---|---|---|
| Market: Michigan North | 627 | -19.5 | 38611 | 204 | 16714 | 43.3 |
| Market Class: Upscale Class | 37 | -9.2 | 3220 | 13 | 1158 | 36.0 |
| Tract: Midland-Flint | 106 | -9.8 | 7774 | 55 | 4879 | 62.8 |
| Tract Scale: Upscale Chains | 8 | -18.5 | 790 | 8 | 790 | 100.0 |
| Competitive Set: Competitors | 5 | -14.8 | 456 | 5 | 456 | 100.0 |

### Supply

| | Month % Chg | YTD % Chg | Run 3 Mon % Chg | Run 12 Mon % Chg |
|---|---|---|---|---|
| Four Points Saginaw | 0.0 | -1.1 | 0.0 | -0.5 |
| Market: Michigan North | 0.8 | 0.8 | 0.9 | 0.3 |
| Market Class: Upscale Class | 9.0 | 6.6 | 7.4 | 5.0 |
| Tract: Midland-Flint | 5.1 | 2.7 | 3.5 | 0.9 |
| Tract Scale: Upscale Chains | 28.5 | 24.3 | 28.5 | 19.9 |
| Competitive Set: Competitors | 0.0 | 0.0 | 0.0 | 0.0 |

### Demand

| | Month % Chg | YTD % Chg | Run 3 Mon % Chg | Run 12 Mon % Chg |
|---|---|---|---|---|
| Four Points Saginaw | -19.8 | -8.1 | -20.6 | -7.4 |
| Market: Michigan North | -5.2 | -5.4 | -4.8 | -3.8 |
| Market Class: Upscale Class | 4.4 | 1.6 | 3.7 | 1.1 |
| Tract: Midland-Flint | -7.9 | -5.9 | -5.1 | -5.8 |
| Tract Scale: Upscale Chains | 17.9 | 9.7 | 12.4 | 7.6 |
| Competitive Set: Competitors | -7.4 | -9.0 | -12.0 | -6.1 |

### Revenue

| | Month % Chg | YTD % Chg | Run 3 Mon % Chg | Run 12 Mon % Chg |
|---|---|---|---|---|
| Four Points Saginaw | -19.5 | -12.5 | -23.3 | -10.6 |
| Market: Michigan North | -8.5 | -7.0 | -6.7 | -3.7 |
| Market Class: Upscale Class | -1.6 | -1.5 | 0.3 | 0.7 |
| Tract: Midland-Flint | -14.3 | -9.7 | -9.7 | -6.1 |
| Tract Scale: Upscale Chains | 4.3 | 4.5 | 5.4 | 7.1 |
| Competitive Set: Competitors | -14.8 | -11.1 | -17.5 | -4.8 |

### Pipeline

Market: Michigan North

| Under Construction | | Planning | |
|---|---|---|---|
| Properties | Rooms | Properties | Rooms |
| 3 | 382 | 13 | 944 |

See Help page for pipeline definitions

SMITH TRAVEL RESEARCH