# EXHIBIT 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

LBUBS 2007-02 TOWNE CENTER ROAD
LLC, et al.

        Plaintiff,

Case No.: 2:09-cv-13249-TLL-CEB
Hon. Thomas L. Ludington

SAGINAW SH-MG, et al.

        Defendants.

---

### AFFIDAVIT OF MICHELLE MURLICK

STATE OF MICHIGAN      )
                           :ss
COUNTY OF BAY   )

I, Michelle Murlick, first being duly sworn, deposes and states:

1. I have personal knowledge of the things and matters asserted in this affidavit. If sworn as a witness in this matter, I could testify competently as to the statements contained herein.

2. I am an the General Manager of the Four Points by Sheraton and Area Manager of the Holiday Inn Express in Saginaw, Michigan (collectively the "Properties"). In this capacity, I was the primary contact person for representatives of The Golshan Group.

3. Prior to The Golshan Group becoming the Management Company for the Properties, the former management company, Crescent Hotels & Resorts ("Crescent") instituted numerous staffing changes in an effort to save costs.

4. In particular, the decision to utilize sales people to cover shifts at the front desk was instituted by Crescent and carried over after The Golshan Group became manager.

5. While certain records requested by the Receiver were not in the possession of the Properties, at no time did any representative of The Golshan Group ever instruct me or my staff

to destroy purchase orders or payment records. Further, I am not aware of anyone else employed at the Properties ever receiving such an instruction.

Further Affiant sayeth not.

_____
Michelle Murlick

Subscribed and sworn to before me
this \_\_\_\_ day of September, 2009

_____
Notary Public
My commission expires: _____

BLOOMFIELD 37371-2 1012104