UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

LBUBS 2007-02 TOWNE CENTER ROAD LLC, et al.,
    Plaintiffs,

v.

SAGINAW SH-MG, et al.,
    Defendants.
    _____/

CASE NUMBER: 09-13249-BC

DISTRICT JUDGE THOMAS LUDINGTON

## NOTICE TO APPEAR FOR MOTION HEARING

You are hereby notified to appear for a hearing on Motion to Set Aside Entry of Default Against Defendants, before the Honorable Thomas L. Ludington on the following date and time.

| DATE | TIME | LOCATION |
| --- | --- | --- |
| **OCTOBER 2, 2009** | 2:30 PM | Courtroom 214<br>1000 Washington Avenue<br>Bay City, MI 48708 |

## CERTIFICATION

I hereby certify that this notice was electronically filed, and the parties and/or counsel of record were served on this date.

THOMAS L. LUDINGTON
UNITED STATES DISTRICT JUDGE

By  s/Tracy Jacobs
Deputy Clerk

Date: September 22, 2009