Four Points Saginaw
Four Points Sheraton Saginaw
For The Period Aug 7 to Sep 30, 2009

INCOME STATEMENT

| | CURRENT PERIOD | | | | | | YEAR TO DATE | | | | | |
| | ACTUAL | % | LAST YEAR | % | BUDGET | % | ACTUAL | % | LAST YEAR | % | BUDGET | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **REVENUES** | | | | | | | | | | | | |
| ROOMS | $176,090 | 91.88% | | | | | $338,875 | 92.05% | | | | |
| TELEPHONE | 1,216 | 0.63% | | | | | 2,140 | 0.58% | | | | |
| OTHER INCOME | 14,318 | 7.47% | | | | | 26,992 | 7.37% | | | | |
| GROSS REVENUES | 191,624 | 100.00% | | | | | 365,984 | 100.00% | | | | |
| **DIRECT COSTS:** | | | | | | | | | | | | |
| ROOMS | 71,893 | 40.83% | | | | | 126,005 | 37.11% | | | | |
| TELECOMMUNICATIONS | 2,243 | 184.46% | | | | | 3,896 | 182.06% | | | | |
| OTHER COSTS | 2,137 | 14.93% | | | | | 4,340 | 16.09% | | | | |
| TOTAL DIRECT | 76,273 | 39.80% | | | | | 133,241 | 36.41% | | | | |
| GROSS OPERATING REVENUE | 115,351 | 60.20% | | | | | 232,743 | 63.59% | | | | |
| **INDIRECT COSTS:** | | | | | | | | | | | | |
| ADMIN & GENERAL | 23,495 | 12.26% | | | | | 40,656 | 11.69% | | | | |
| FRANCHISE FEES | 8,805 | 4.59% | | | | | 16,678 | 4.56% | | | | |
| MARKETING | 11,558 | 6.03% | | | | | 22,694 | 6.20% | | | | |
| ENERGY COSTS | 15,924 | 8.31% | | | | | 30,581 | 8.36% | | | | |
| REPAIRS & MAINT. | 22,224 | 11.60% | | | | | 29,444 | 8.05% | | | | |
| TOTAL INDIRECT | 81,986 | 42.79% | | | | | 140,253 | 38.32% | | | | |
| GROSS OPER. PROFIT | 33,365 | 17.41% | | | | | 92,490 | 25.27% | | | | |
| **FIXED CHARGES:** | | | | | | | | | | | | |
| MANAGEMENT FEE | 5,749 | 3.00% | | | | | 10,980 | 3.00% | | | | |
| REAL ESTATE TAXES | 16,622 | 8.15% | | | | | 31,248 | 8.54% | | | | |
| INSURANCE | 3,075 | 1.60% | | | | | 5,555 | 1.52% | | | | |
| PERSONAL PROP TAX | 1,288 | 0.68% | | | | | 2,596 | 0.71% | | | | |
| CAPITAL LEASES | 659 | 0.34% | | | | | 659 | 0.18% | | | | |
| RECEIVERSHIP FEE | 1,000 | 0.52% | | | | | 1,806 | 0.49% | | | | |
| TOTAL FIXED | 27,493 | 14.35% | | | | | 52,839 | 14.44% | | | | |
| NET PROFIT/(LOSS) | 5,872 | 3.11% | | | | | 39,651 | 10.83% | | | | |
| % OF OCCUPANCY | 60.68% | | | | | | 61.10% | | | | | |
| AVERAGE RATE | $95.12 | | | | | | $70.59 | | | | | |

Four Points Saginaw
Four Points Sheraton Saginaw
COST PER OCCUPIED ROOM
For The Period Aug 7 to Sep 30, 2009

| | CURRENT PERIOD | | | | | | YEAR TO DATE | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ACTUAL | Per Occ. Roo | LAST YEAR | Per Occ. Roo | BUDGET | Per Occ. Roo | ACTUAL | Per Occ. Roo | LAST YEAR | Per Occ. Roo | BUDGET | Per Occ. Roo |
| **REVENUES:** | | | | | | | | | | | | |
| ROOMS | $176,090 | 67.38 | $0 | 0.00 | $0 | 0.00 | $336,875 | 69.07 | $0 | 0.00 | $0 | 0.00 |
| TELEPHONE | 1,216 | 0.47 | 0 | 0.00 | 0 | 0.00 | 2,140 | 0.44 | 0 | 0.00 | 0 | 0.00 |
| OTHER INCOME | 14,318 | 5.48 | 0 | 0.00 | 0 | 0.00 | 26,969 | 5.53 | 0 | 0.00 | 0 | 0.00 |
| GROSS REVENUES | 191,624 | 73.31 | 0 | 0.00 | 0 | 0.00 | 365,984 | 75.04 | 0 | 0.00 | 0 | 0.00 |
| **DIRECT COSTS:** | | | | | | | | | | | | |
| ROOMS | 71,893 | 27.50 | 0 | 0.00 | 0 | 0.00 | 125,006 | 25.63 | 0 | 0.00 | 0 | 0.00 |
| TELECOMMUNICATIONS | 2,243 | 0.86 | 0 | 0.00 | 0 | 0.00 | 3,888 | 0.80 | 0 | 0.00 | 0 | 0.00 |
| OTHER COSTS | 2,137 | 0.82 | 0 | 0.00 | 0 | 0.00 | 4,340 | 0.89 | 0 | 0.00 | 0 | 0.00 |
| TOTAL DIRECT COSTS | 76,273 | 29.18 | 0 | 0.00 | 0 | 0.00 | 133,241 | 27.32 | 0 | 0.00 | 0 | 0.00 |
| GROSS OPERATING REVENUE | 115,351 | 44.13 | 0 | 0.00 | 0 | 0.00 | 232,743 | 47.72 | 0 | 0.00 | 0 | 0.00 |
| **INDIRECT COSTS:** | | | | | | | | | | | | |
| ADMIN & GENERAL | 23,495 | 8.99 | 0 | 0.00 | 0 | 0.00 | 40,856 | 8.38 | 0 | 0.00 | 0 | 0.00 |
| FRANCHISE FEES | 8,805 | 3.37 | 0 | 0.00 | 0 | 0.00 | 16,678 | 3.42 | 0 | 0.00 | 0 | 0.00 |
| MARKETING | 11,558 | 4.42 | 0 | 0.00 | 0 | 0.00 | 22,694 | 4.65 | 0 | 0.00 | 0 | 0.00 |
| ENERGY COSTS | 15,924 | 6.09 | 0 | 0.00 | 0 | 0.00 | 30,581 | 6.27 | 0 | 0.00 | 0 | 0.00 |
| REPAIRS & MAINT. | 22,204 | 8.49 | 0 | 0.00 | 0 | 0.00 | 29,444 | 6.04 | 0 | 0.00 | 0 | 0.00 |
| TOTAL INDIRECT | 81,986 | 31.38 | 0 | 0.00 | 0 | 0.00 | 140,253 | 28.76 | 0 | 0.00 | 0 | 0.00 |
| GROSS OPER. PROFIT | 33,365 | 12.76 | 0 | 0.00 | 0 | 0.00 | 92,490 | 18.96 | 0 | 0.00 | 0 | 0.00 |
| **FIXED CHARGES:** | | | | | | | | | | | | |
| MANAGEMENT FEE | 5,749 | 2.20 | 0 | 0.00 | 0 | 0.00 | 10,980 | 2.25 | 0 | 0.00 | 0 | 0.00 |
| REAL ESTATE TAXES | 15,622 | 5.98 | 0 | 0.00 | 0 | 0.00 | 31,243 | 6.41 | 0 | 0.00 | 0 | 0.00 |
| INSURANCE | 3,075 | 1.18 | 0 | 0.00 | 0 | 0.00 | 5,555 | 1.14 | 0 | 0.00 | 0 | 0.00 |
| PERSONAL PROP TAX | 1,298 | 0.50 | 0 | 0.00 | 0 | 0.00 | 2,596 | 0.53 | 0 | 0.00 | 0 | 0.00 |
| CAPITAL LEASES | 669 | 0.26 | 0 | 0.00 | 0 | 0.00 | 669 | 0.14 | 0 | 0.00 | 0 | 0.00 |
| RECEIVERSHIP FEES | 1,000 | 0.38 | 0 | 0.00 | 0 | 0.00 | 1,806 | 0.37 | 0 | 0.00 | 0 | 0.00 |
| TOTAL FIXED | 27,403 | 10.48 | 0 | 0.00 | 0 | 0.00 | 52,839 | 10.83 | 0 | 0.00 | 0 | 0.00 |
| NET PROFIT/(LOSS) | 5,962 | 2.28 | 0 | 0.00 | 0 | 0.00 | 39,651 | 8.13 | 0 | 0.00 | 0 | 0.00 |
| OCCUPIED ROOMS | 2,614 | | 0 | | 0 | | 4,877 | | 0 | | 0 | |

Four Points Saginaw
Four Points Sheraton Saginaw
For The Period Aug 7 to Sep 30, 2009

| | CURRENT PERIOD | | | | | | YEAR TO DATE | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ACTUAL | % | LAST YEAR | % | BUDGET | % | ACTUAL | % | LAST YEAR | % | BUDGET | % |
| **REVENUES:** | | | | | | | | | | | | |
| TRANSIENT | $176,090 | 100.00% | | | | | $336,877 | 100.00% | | | | |
| TOTAL | 176,090 | 100.00% | | | | | 336,877 | 100.00% | | | | |
| ALLOWANCES | | 0.00% | | | | | 2 | 0.00% | | | | |
| NET ROOM REVENUE | 176,090 | 100.00% | | | | | 336,875 | 100.00% | | | | |
| **PAYROLL & RELATED EXPENSES** | | | | | | | | | | | | |
| SALARIES & WAGES | 26,311 | 14.94% | | | | | 51,714 | 15.35% | | | | |
| BONUS | 700 | 0.40% | | | | | 1,071 | 0.32% | | | | |
| HOLIDAY/SICK PAY | 1,250 | 0.71% | | | | | 1,312 | 0.39% | | | | |
| VACATION PAY | 1,258 | 0.71% | | | | | 1,508 | 0.45% | | | | |
| PAYROLL TAXES | 5,114 | 2.90% | | | | | 9,721 | 2.89% | | | | |
| EMPLOYEE BENEFITS | 2,655 | 1.50% | | | | | 5,258 | 1.56% | | | | |
| TOTAL | 37,288 | 21.18% | | | | | 70,584 | 20.95% | | | | |
| **OTHER EXPENSES** | | | | | | | | | | | | |
| AGENCY COMMISSION | 3,454 | 1.96% | | | | | 3,454 | 1.03% | | | | |
| CABLE/SATELLITE TELEVISIO | 1,025 | 0.87% | | | | | 2,754 | 0.82% | | | | |
| CASHIER (OVER) SHORT - R | (4) | 0.00% | | | | | 4 | 0.00% | | | | |
| CLEANING SUPPLIES - ROOMS | 3,097 | 1.76% | | | | | 3,483 | 1.03% | | | | |
| DECORATIONS - ROOMS | 54 | 0.03% | | | | | 54 | 0.02% | | | | |
| GRATUITOUS - FOOD - ROOM | 8,204 | 4.66% | | | | | 14,978 | 4.45% | | | | |
| GUEST COFFEE - ROOMS | 386 | 0.22% | | | | | 386 | 0.11% | | | | |
| GUEST SUPPLIES - ROOMS | 4,387 | 2.49% | | | | | 8,506 | 2.52% | | | | |
| GUEST TRANSPORTATION - | 3,474 | 1.97% | | | | | 4,238 | 1.26% | | | | |
| LAUNDRY - ROOMS | 2,068 | 1.24% | | | | | 3,664 | 1.10% | | | | |
| LINEN - ROOMS | | | | | | | 49 | 0.01% | | | | |
| MISCELLANEOUS - ROOMS | 180 | 0.10% | | | | | 180 | 0.05% | | | | |
| NEWSPAPERS - COMPLIMENT | 199 | 0.11% | | | | | 326 | 0.10% | | | | |
| RESERVATION SYSTEM FEE - | 5,483 | 3.11% | | | | | 9,977 | 2.96% | | | | |
| SUPPLIES - ROOMS | 715 | 0.41% | | | | | 755 | 0.22% | | | | |
| TELECOMMUNICATIONS - RO | 480 | 0.27% | | | | | 621 | 0.18% | | | | |
| UNIFORMS - ROOMS | 734 | 0.42% | | | | | 601 | 0.24% | | | | |
| OTHER ROOM COSTS | 1 | 0.00% | | | | | | | | | | |
| TOTAL | 34,622 | 19.66% | | | | | 54,440 | 16.16% | | | | |
| TOTAL DEPARTMENT EXPENS | 71,898 | 40.83% | | | | | 125,004 | 37.11% | | | | |
| DEPARTMENTAL INCOME | 104,197 | 59.17% | | | | | 211,871 | 62.89% | | | | |
| OCCUPIED ROOMS | 2,895 | | | | | | 4,772 | | | | | |
| % OF OCCUPANCY | 60.88% | | | | | | 61.10% | | | | | |
| AVERAGE RATE | $66.12 | | | | | | $70.59 | | | | | |

Four Points Saginaw
Four Points Sheraton Saginaw
COST PER OCCUPIED ROOM
For The Period Aug 7 to Sep 30, 2009

| | CURRENT PERIOD | | | | | | YEAR TO DATE | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ACTUAL | Per.Occ.Roo | LAST YEAR | Per.Occ.Roo | BUDGET | Per.Occ.Roo | ACTUAL | Per.Occ.Roo | LAST YEAR | Per.Occ.Roo | BUDGET | Per.Occ.Roo |
| **REVENUES:** | | | | | | | | | | | | |
| TRANSIENT | $176,090 | 67.58 | $0 | 0.00 | $0 | 0.00 | $335,877 | 69.07 | $0 | 0.00 | $0 | 0.00 |
| TOTAL | 176,090 | 67.58 | 0 | 0.00 | 0 | 0.00 | 335,877 | 69.07 | 0 | 0.00 | 0 | 0.00 |
| ALLOWANCES | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 2 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| NET ROOM REVENUE | 176,090 | 67.58 | 0 | 0.00 | 0 | 0.00 | 335,875 | 69.07 | 0 | 0.00 | 0 | 0.00 |
| **DEPARTMENT EXPENSE:** | | | | | | | | | | | | |
| SALARIES & WAGES | 26,311 | 10.07 | 0 | 0.00 | 0 | 0.00 | 51,714 | 10.60 | 0 | 0.00 | 0 | 0.00 |
| BONUS | 700 | 0.27 | 0 | 0.00 | 0 | 0.00 | 1,071 | 0.22 | 0 | 0.00 | 0 | 0.00 |
| HOLIDAY/SICK PAY | 1,250 | 0.48 | 0 | 0.00 | 0 | 0.00 | 1,312 | 0.27 | 0 | 0.00 | 0 | 0.00 |
| VACATION PAY | 1,258 | 0.48 | 0 | 0.00 | 0 | 0.00 | 1,508 | 0.31 | 0 | 0.00 | 0 | 0.00 |
| PAYROLL TAXES | 5,114 | 1.96 | 0 | 0.00 | 0 | 0.00 | 9,721 | 1.99 | 0 | 0.00 | 0 | 0.00 |
| EMPLOYEE BENEFITS | 2,633 | 1.01 | 0 | 0.00 | 0 | 0.00 | 5,238 | 1.07 | 0 | 0.00 | 0 | 0.00 |
| TOTAL | 37,266 | 14.28 | 0 | 0.00 | 0 | 0.00 | 70,664 | 14.47 | 0 | 0.00 | 0 | 0.00 |
| **OTHER EXPENSES:** | | | | | | | | | | | | |
| AGENCY COMMISSION | 3,454 | 1.32 | 0 | | 0 | | 3,454 | 0.71 | 0 | 0.00 | 0 | 0.00 |
| CABLE/SATELLITE TELEVISIO | 1,625 | 0.58 | 0 | | 0 | | 2,764 | 0.56 | 0 | 0.00 | 0 | 0.00 |
| CASHIER (OVER) SHORT - R | (4) | | 0 | | 0 | | 4 | | 0 | 0.00 | 0 | 0.00 |
| CLEANING SUPPLIES - ROOMS | 3,097 | 1.18 | 0 | | 0 | | 3,468 | 0.71 | 0 | 0.00 | 0 | 0.00 |
| DECORATIONS - ROOMS | 54 | 0.02 | 0 | | 0 | | 49 | 0.01 | 0 | 0.00 | 0 | 0.00 |
| GRATUITOUS FOOD - ROOMS | 8,204 | 3.14 | 0 | | 0 | | 14,978 | 3.07 | 0 | 0.00 | 0 | 0.00 |
| GUEST COFFEE - ROOMS | 386 | 0.15 | 0 | | 0 | | 386 | 0.08 | 0 | 0.00 | 0 | 0.00 |
| GUEST SUPPLIES - ROOMS | 4,387 | 1.68 | 0 | | 0 | | 8,505 | 1.74 | 0 | 0.00 | 0 | 0.00 |
| GUEST TRANSPORTATION - | 3,474 | 1.33 | 0 | | 0 | | 4,238 | 0.87 | 0 | 0.00 | 0 | 0.00 |
| LAUNDRY - ROOMS | 2,268 | 0.87 | 0 | | 0 | | 3,894 | 0.80 | 0 | 0.00 | 0 | 0.00 |
| LINEN - ROOMS | 0 | 0.00 | 0 | | 0 | | 49 | 0.01 | 0 | 0.00 | 0 | 0.00 |
| MISCELLANEOUS - ROOMS | 180 | 0.07 | 0 | | 0 | | 180 | 0.04 | 0 | 0.00 | 0 | 0.00 |
| NEWSPAPERS - COMPLIMENT | 189 | 0.07 | 0 | | 0 | | 328 | 0.07 | 0 | 0.00 | 0 | 0.00 |
| RESERVATION SYSTEM FEE - | 5,483 | 2.10 | 0 | | 0 | | 9,977 | 2.05 | 0 | 0.00 | 0 | 0.00 |
| SUPPLIES - ROOMS | 715 | 0.27 | 0 | | 0 | | 735 | 0.15 | 0 | 0.00 | 0 | 0.00 |
| TELECOMMUNICATIONS - RO | 480 | 0.18 | 0 | | 0 | | 621 | 0.13 | 0 | 0.00 | 0 | 0.00 |
| UNIFORMS - ROOMS | 734 | 0.28 | 0 | | 0 | | 801 | 0.16 | 0 | 0.00 | 0 | 0.00 |
| OTHER COSTS | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| TOTAL | 34,827 | 13.25 | 0 | 0.00 | 0 | 0.00 | 54,440 | 11.16 | 0 | 0.00 | 0 | 0.00 |
| TOTAL DEPARTEMENT EXPEN | 71,893 | 27.50 | 0 | 0.00 | 0 | 0.00 | 125,004 | 25.63 | 0 | 0.00 | 0 | 0.00 |
| DEPARTMENTAL INCOME | 104,197 | 39.98 | 0 | 0.00 | 0 | 0.00 | 211,871 | 43.44 | 0 | 0.00 | 0 | 0.00 |
| OCCUPIED ROOMS | 2,614 | | 0 | | 0 | | 4,877 | | 0 | | 0 | |

Four Points Saginaw
Four Points Sheraton Saginaw
For The Period Aug 7 to Sep 30, 2009

| | CURRENT PERIOD | | | | | | YEAR TO DATE | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | ACTUAL | % | LAST YEAR | % | BUDGET | % | ACTUAL | % | LAST YEAR | % | BUDGET | % |
| TELECOMMUNICATIONS DEPARTMENT: | | | | | | | | | | | | |
| LOCAL CALL REVENUE | $930 | 76.48% | | | | | $1,706 | 79.72% | | | | |
| LONG DISTANCE CALL REVE | 239 | 24.59% | | | | | 447 | 20.89% | | | | |
| TOTAL TELECOMMUNICATION | 1,228 | 101.07% | | | | | 2,153 | 100.61% | | | | |
| ALLOWANCES | 14 | 1.15% | | | | | 14 | 0.65% | | | | |
| NET TELECOMMUNICATIONS | 1,215 | 99.92% | | | | | 2,139 | 99.95% | | | | |
| COST OF SALES | | | | | | | | | | | | |
| LOCAL SERVICE | 2,109 | 226.77% | | | | | 3,705 | 217.17% | | | | |
| LONG DISTANCE | 135 | 45.14% | | | | | 191 | 42.73% | | | | |
| TOTAL COST OF SALES | 2,244 | 184.69% | | | | | 3,898 | 182.14% | | | | |
| GROSS PROFIT (LOSS) | (1,029) | (84.69%) | | | | | (1,767) | (82.14%) | | | | |
| PAYROLL & RELATED EXPENSES | | | | | | | | | | | | |
| OTHER EXPENSES | | | | | | | | | | | | |
| OTHER TELEPHONE COSTS | (1) | (0.08%) | | | | | | | | | | |
| TOTAL OTHER EXPENSES | (1) | (0.08%) | | | | | | | | | | |
| TOTAL DEPARTMENT EXPEN | (1) | (0.08%) | | | | | | | | | | |
| DEPARTMENT PROFIT(LOSS) | (1,028) | (84.61%) | | | | | (1,767) | (82.14%) | | | | |

Four Points Sheraton
Four Points Sheraton Saginaw
For The Period Aug 7 To Sep 30, 2009

| | CURRENT PERIOD | | | | | | YEAR TO DATE | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | ACTUAL | % | LAST YEAR | % | BUDGET | % | ACTUAL | % | LAST YEAR | % | BUDGET | % |
| **OTHER DEPARTMENT** | | | | | | | | | | | | |
| STORE RENTALS | $10,417 | 72.91% | | | | | $18,817 | 70.10% | | | | |
| OFFICE RENTALS | 250 | 1.75% | | | | | 452 | 1.68% | | | | |
| TOTAL RENTAL REVENUE | 10,667 | 74.66% | | | | | 19,269 | 71.78% | | | | |
| **OTHER INCOME** | | | | | | | | | | | | |
| COMMISSION REVENUE | 474 | 30.03% | | | | | 1,155 | 36.16% | | | | |
| TRANSPORTATION | 217 | 13.77% | | | | | 349 | 10.92% | | | | |
| NON-TAXABLE INCOME | 847 | 53.74% | | | | | 1,652 | 51.71% | | | | |
| SLES TAX COLLECTION FEE | 38 | 2.41% | | | | | 38 | 1.19% | | | | |
| TOTAL OTHER REVENUE | 1,576 | 100.00% | | | | | 3,195 | 100.00% | | | | |
| **CONCESSION REVENUES** | | | | | | | | | | | | |
| MOVIES | 850 | 41.56% | | | | | 1,563 | 36.14% | | | | |
| SUNDRY | 1,195 | 58.44% | | | | | 2,797 | 63.86% | | | | |
| TOTAL CONCESSION REVE | 2,045 | 100.00% | | | | | 4,360 | 100.00% | | | | |
| **TOTAL RENTS, OTHER AND C** | 14,288 | 100.00% | | | | | 26,844 | 100.00% | | | | |
| **CONCESSION EXPENSES** | | | | | | | | | | | | |
| MOVIE EXPENSE | 864 | 101.83% | | | | | 1,635 | 103.28% | | | | |
| SUNDRY EXPENSE | 804 | 67.28% | | | | | 1,937 | 69.25% | | | | |
| MISCELLANEOUS | 448 | 21.91% | | | | | 672 | 15.34% | | | | |
| TOTAL CONCESSION EXPENS | 2,116 | 103.47% | | | | | 4,244 | 96.69% | | | | |
| NET CONCESSION REVENUE | (71) | (3.47%) | | | | | 136 | 3.11% | | | | |
| DEPARTMENTAL INCOME (LOS | 12,172 | 695.21% | | | | | 22,600 | 616.59% | | | | |

Four Points Saginaw
Four Points Saginaw
For The Period Aug 1 To Sep 30, 2009

| | CURRENT PERIOD | | | | | | YEAR TO DATE | | | | | |
| | ACTUAL | % | LAST YEAR | % | BUDGET | % | ACTUAL | % | LAST YEAR | % | BUDGET | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ADMINISTRATIVE & GENERAL** | | | | | | | | | | | | |
| **PAYROLL** | | | | | | | | | | | | |
| SALARIES & WAGES | 59,014 | 4.70% | | | | | $16,100 | 4.46% | | | | |
| BONUS | 200 | 0.10% | | | | | 200 | 0.05% | | | | |
| HOLIDAY PAY | 157 | 0.08% | | | | | 221 | 0.05% | | | | |
| VACATION PAY | 198 | 0.10% | | | | | 461 | 0.13% | | | | |
| PAYROLL TAXES | 1,270 | 0.68% | | | | | 2,257 | 0.62% | | | | |
| EMPLOYEE BENEFITS | 2,880 | 1.48% | | | | | 4,842 | 1.27% | | | | |
| **TOTAL PAYROLL & RELATED** | 13,687 | 7.14% | | | | | 23,881 | 6.63% | | | | |
| **OTHER EXPENSES** | | | | | | | | | | | | |
| BAD DEBT | 200 | 0.10% | | | | | 400 | 0.11% | | | | |
| CASHIER (OVER) SHORT | 62 | 0.03% | | | | | 81 | 0.02% | | | | |
| CREDIT CARD COMMISSION | 3,161 | 1.67% | | | | | 6,941 | 1.90% | | | | |
| DONATIONS | | | | | | | | | | | | |
| DRY CLEANING | 49 | 0.03% | | | | | 49 | 0.01% | | | | |
| ENTERTAINMENT | 93 | 0.05% | | | | | 138 | 0.04% | | | | |
| HUMAN RESOURCES | 307 | 0.16% | | | | | 838 | 0.23% | | | | |
| LICENSES AND PERMITS | 80 | 0.04% | | | | | 144 | 0.04% | | | | |
| OFFICE EQUIPMENT | 100 | 0.05% | | | | | 100 | 0.03% | | | | |
| POSTAGE & FREIGHT | 286 | 0.15% | | | | | 286 | 0.08% | | | | |
| PROFESSIONAL SERVICE - O | 2,894 | 1.53% | | | | | 3,784 | 1.03% | | | | |
| SECURITY | 250 | 0.13% | | | | | 250 | 0.07% | | | | |
| SUPPLIES | 83 | 0.04% | | | | | 105 | 0.03% | | | | |
| TELECOMMUNICATIONS | 1,369 | 0.71% | | | | | 2,305 | 0.63% | | | | |
| TRAVEL EXPENSES | 441 | 0.23% | | | | | 1,260 | 0.34% | | | | |
| UNIFORMS | 313 | 0.16% | | | | | 313 | 0.09% | | | | |
| **TOTAL OTHER EXPENSES** | 9,808 | 5.12% | | | | | 16,975 | 4.64% | | | | |
| **TOTAL DEPARTMENTAL EXPE** | 23,495 | 12.26% | | | | | 40,856 | 11.16% | | | | |

Four Points Saginaw
Four Points Sheraton Saginaw
For The Period Aug 7 to Sep 30, 2009

| | CURRENT PERIOD | | | | | | YEAR TO DATE | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ACTUAL | % | LAST YEAR | % | BUDGET | % | ACTUAL | % | LAST YEAR | % | BUDGET | % |
| **HUMAN RESOURCES** | | | | | | | | | | | | |
| PAYROLL & RELATED EXPENSES | | | | | | | | | | | | |
| OTHER EXPENSES | | | | | | | | | | | | |
| EMPLOYEE RELATIONS | $167 | 0.09% | | | | | $698 | 0.19% | | | | |
| MEDICAL EXPENSES | 139 | 0.07% | | | | | 139 | 0.04% | | | | |
| OTHER H R COSTS | 1 | 0.00% | | | | | 1 | 0.00% | | | | |
| TOTAL OTHER EXPENSES | 307 | 0.16% | | | | | 838 | 0.23% | | | | |
| TOTAL DEPARTMENTAL EXPE | 307 | 0.16% | | | | | 838 | 0.23% | | | | |
| **MANAGEMENT INFORMATIN SYSTEMS** | | | | | | | | | | | | |
| PAYROLL & RELATED EXPENSES | | | | | | | | | | | | |
| OTHER EXPENSES | | | | | | | | | | | | |
| **SECURITY** | | | | | | | | | | | | |
| PAYROLL & RELATED EXPENSES | | | | | | | | | | | | |
| OTHER EXPENSES | | | | | | | | | | | | |
| CONTRACT SERVICES | 250 | 0.13% | | | | | 250 | 0.07% | | | | |
| TOTAL OTHER EXPENSES | 250 | 0.13% | | | | | 250 | 0.07% | | | | |
| TOTAL DEPARTMENTAL EXPE | 250 | 0.13% | | | | | 250 | 0.07% | | | | |

Four Points Saginaw
Four Points Sheraton Saginaw
For The Period Aug 7 to Sep 30, 2009

| | CURRENT PERIOD | | | | | | YEAR TO DATE | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ACTUAL | % | LAST YEAR | % | BUDGET | % | ACTUAL | % | LAST YEAR | % | BUDGET | % |
| COMBINED MARKETING & SALES | | | | | | | | | | | | |
| PAYROLL AND RELATED EXPENSES | | | | | | | | | | | | |
| SALARIES & WAGES | $2,156 | 1.13% | | | | | $3,671 | 1.08% | | | | |
| BONUS | 100 | 0.05% | | | | | 100 | 0.03% | | | | |
| PAYROLL TAXES | 327 | 0.17% | | | | | 572 | 0.16% | | | | |
| EMPLOYEE BENEFITS | 651 | 0.34% | | | | | 1,176 | 0.32% | | | | |
| TOTAL PAYROLL & RELATED | 3,234 | 1.69% | | | | | 5,719 | 1.69% | | | | |
| OTHER EXPENSES | | | | | | | | | | | | |
| ADVERTISING ROOMS | 469 | 0.25% | | | | | 469 | 0.13% | | | | |
| DUES & SUBSCRIPTIONS | 994 | 0.52% | | | | | 994 | 0.27% | | | | |
| ENTERTAINMENT | | | | | | | 143 | 0.04% | | | | |
| FRANCHISE ADVERTISING EX | 2,482 | 1.29% | | | | | 4,663 | 1.27% | | | | |
| FREQUENT STAY PROGRAMS | 2,637 | 1.46% | | | | | 5,165 | 1.41% | | | | |
| OUTDOOR ADVERTISING | 288 | 0.15% | | | | | 527 | 0.14% | | | | |
| PRINTING & STATIONARY | | | | | | | 38 | 0.01% | | | | |
| PROMOTION FOOD | (39) | (0.02%) | | | | | | | | | | |
| PROMOTION GENERAL | 879 | 0.46% | | | | | 879 | 0.24% | | | | |
| PROMOTION ROOMS | 300 | 0.16% | | | | | 3,375 | 0.92% | | | | |
| TELECOMMUNICATIONS | | | | | | | 75 | 0.02% | | | | |
| TRADE SHOWS | 114 | 0.06% | | | | | 114 | 0.03% | | | | |
| TRAVEL | | | | | | | 513 | 0.14% | | | | |
| OTHER COSTS | (1) | 0.00% | | | | | | | | | | |
| TOTAL OTHER COSTS | 8,324 | 4.34% | | | | | 16,976 | 4.64% | | | | |
| TOTAL MARKETING & ADVERTI | 11,559 | 6.03% | | | | | 22,694 | 6.20% | | | | |

Four Points Saginaw
Four Points Sheraton Saginaw
For The Period Aug 1a To Sep 30, 2009

| MARKETING DEPARTMENT | CURRENT PERIOD | | | | | | YEAR TO DATE | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | ACTUAL | % | LAST YEAR | % | BUDGET | % | ACTUAL | % | LAST YEAR | % | BUDGET | % |
| **SELLING** | | | | | | | | | | | | |
| **PAYROLL AND RELATED EXPENSES** | | | | | | | | | | | | |
| SALARIES & WAGES | 2,159 | 1.13% | | | | | 3,871 | 1.06% | | | | |
| BONUS | 100 | 0.05% | | | | | 100 | 0.03% | | | | |
| PAYROLL TAXES | 327 | 0.17% | | | | | 572 | 0.16% | | | | |
| EMPLOYEE BENEFITS | 651 | 0.34% | | | | | 1,176 | 0.32% | | | | |
| **TOTAL PAYROLL & RELATED** | 3,234 | 1.69% | | | | | 5,719 | 1.59% | | | | |
| **OTHER EXPENSES** | | | | | | | | | | | | |
| DUES & SUBSCRIPTIONS | 794 | 0.41% | | | | | 794 | 0.22% | | | | |
| ENTERTAINMENT | | | | | | | 143 | 0.04% | | | | |
| FREQUENT STAY PROGRAMS | 2,837 | 1.48% | | | | | 5,165 | 1.41% | | | | |
| PRINTING & STATIONARY | (35) | (0.02%) | | | | | 38 | 0.01% | | | | |
| PROMOTION FOOD | | | | | | | 879 | 0.24% | | | | |
| PROMOTION GENERAL | 879 | 0.46% | | | | | 3,375 | 0.92% | | | | |
| PROMOTION ROOMS | 300 | 0.16% | | | | | 114 | 0.03% | | | | |
| TRADE SHOWS | 114 | 0.06% | | | | | 75 | 0.02% | | | | |
| TELECOMMUNICATIONS | | | | | | | | | | | | |
| TRAVEL EXPENSES | | | | | | | 513 | 0.14% | | | | |
| **TOTAL OTHER EXPENSES** | 4,886 | 2.55% | | | | | 11,096 | 3.03% | | | | |
| **TOTAL SELLING EXPENSES** | 8,120 | 4.24% | | | | | 16,815 | 4.59% | | | | |
| **ADVERTISING & MERCHANDIZING** | | | | | | | | | | | | |
| **PAYROLL AND RELATED EXPENSES** | | | | | | | | | | | | |
| **OTHER EXPENSES** | | | | | | | | | | | | |
| ADVERTISING ROOMS | 489 | 0.26% | | | | | 489 | 0.13% | | | | |
| DUES & SUBSCRIPTIONS | 200 | 0.10% | | | | | 200 | 0.05% | | | | |
| FRANCHISE ADVERTISING EX | 2,462 | 1.29% | | | | | 4,663 | 1.27% | | | | |
| OUTDOOR ADVERTISING | 288 | 0.15% | | | | | 527 | 0.14% | | | | |
| **TOTAL OTHER EXPENSES** | 3,439 | 1.79% | | | | | 5,879 | 1.61% | | | | |
| **TOTAL ADVERTISING & MERC** | 3,439 | 1.79% | | | | | 5,879 | 1.61% | | | | |
| FEES & COMMISSIONS | | | | | | | | | | | | |
| **TOTAL MARKETING EXPENSES** | 11,559 | 6.03% | | | | | 22,694 | 6.20% | | | | |

Four Points Saginaw
Four Points Sheraton Saginaw
For The Period Aug 7 to Sep 30, 2009

| | CURRENT PERIOD | | | | | | YEAR TO DATE | | | | | |
| | ACTUAL | % | LAST YEAR | % | BUDGET | % | ACTUAL | % | LAST YEAR | % | BUDGET | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UTILITY COSTS | | | | | | | | | | | | |
| PAYROLL AND RELATED EXPENSES | | | | | | | | | | | | |
| DEPARTMENTAL EXPENSES | | | | | | | | | | | | |
| ELECTRIC BULBS | $144 | 0.08% | | | | | $185 | 0.05% | | | | |
| ELECTRICITY | 9,737 | 5.08% | | | | | 20,857 | 5.64% | | | | |
| GAS | 2,552 | 1.33% | | | | | 4,306 | 1.16% | | | | |
| WASTE REMOVAL | 479 | 0.25% | | | | | 479 | 0.13% | | | | |
| WATER & SEWER | 3,012 | 1.57% | | | | | 4,963 | 1.35% | | | | |
| OTHER UTILITY COSTS | | | | | | | 1 | 0.00% | | | | |
| UTILITY COSTS | 15,924 | 8.31% | | | | | 30,851 | 8.36% | | | | |
| TOTAL UTILITY COSTS | 15,924 | 8.31% | | | | | 30,851 | 8.36% | | | | |
| RECOVERIES | | | | | | | | | | | | |
| NET UTILITY COSTS | 15,924 | 8.31% | | | | | 30,851 | 8.36% | | | | |

Four Points Saginaw
Four Points Sheraton Saginaw
For The Period Aug 7 to Sep 30, 2009

| | CURRENT PERIOD | | | | | YEAR TO DATE | | | | |
| | ACTUAL | % | LAST YEAR | % | BUDGET | % | ACTUAL | % | LAST YEAR | % | BUDGET | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PROPERTY OPERATIONS & MAINTENANCE | | | | | | | | | | | | |
| PAYROLL AND RELATED EXPENSES | | | | | | | | | | | | |
| SALARIES & WAGES | $5,228 | 2.73% | | | | | $9,570 | 2.61% | | | | |
| BONUS | 416 | 0.22% | | | | | 416 | 0.11% | | | | |
| HOLIDAY PAY | 199 | 0.10% | | | | | 189 | 0.05% | | | | |
| VACATION PAY | 72 | 0.04% | | | | | 108 | 0.03% | | | | |
| PAYROLL TAXES | 830 | 0.43% | | | | | 1,463 | 0.40% | | | | |
| EMPLOYEE BENEFITS | 298 | 0.15% | | | | | 535 | 0.15% | | | | |
| TOTAL PAYROLL & RELATED | 7,051 | 3.68% | | | | | 12,291 | 3.36% | | | | |
| OTHER EXPENSES | | | | | | | | | | | | |
| BUILDING SUPPLIES | 3,131 | 1.63% | | | | | 3,199 | 0.87% | | | | |
| ELECTRICAL AND MECHANICA | 420 | 0.22% | | | | | 1,303 | 0.36% | | | | |
| EXTERMINATION | 215 | 0.11% | | | | | 213 | 0.06% | | | | |
| GROUNDS & LANDCAPING | 2,002 | 1.04% | | | | | 2,374 | 0.65% | | | | |
| HVAC EQUIPMENT | 4,594 | 2.39% | | | | | 4,594 | 1.25% | | | | |
| LAUNDRY EQUIPMENT | 100 | 0.05% | | | | | 100 | 0.03% | | | | |
| LOCKS AND KEYS | 157 | 0.08% | | | | | 157 | 0.04% | | | | |
| MAINTENANCE CONTRACTS | 2,075 | 1.08% | | | | | 2,075 | 0.57% | | | | |
| MANAGEMENT INFOR. SYSYT | 225 | 0.12% | | | | | 460 | 0.12% | | | | |
| PAINTING AND DECORATIONS | 69 | 0.04% | | | | | 184 | 0.04% | | | | |
| PLUMBING | 691 | 0.36% | | | | | 781 | 0.21% | | | | |
| POOL MAINT & SUPPLIES | 449 | 0.23% | | | | | 604 | 0.17% | | | | |
| SIGNS | 630 | 0.28% | | | | | 630 | 0.14% | | | | |
| SUPPLIES | 103 | 0.05% | | | | | 108 | 0.03% | | | | |
| TELECOMMUNICATIONS | 377 | 0.20% | | | | | 516 | 0.14% | | | | |
| OTHER PROP MAINT. COSTS | (1) | 0.00% | | | | | (2) | 0.00% | | | | |
| TOTAL OTHER EXPENSES | 15,182 | 7.93% | | | | | 17,152 | 4.69% | | | | |
| TOTAL DEPARTMENTAL EXPE | 22,203 | 11.60% | | | | | 29,443 | 8.04% | | | | |

Four Points Saginaw
Four Points Sheraton Saginaw
For The Period Aug 7 to Sep 30, 2009

**HOUSE & GUEST LAUNDRY**

| | CURRENT PERIOD | | | | | | YEAR TO DATE | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | ACTUAL | % | LAST YEAR | % | BUDGET | % | ACTUAL | % | LAST YEAR | % | BUDGET | % |
| PAYROLL AND RELATED EXPENSES | | | | | | | | | | | | |
| SALARIES & WAGES | $1,329 | 0.69% | | | | | $2,140 | 0.56% | | | | |
| HOLIDAY PAY | 36 | 0.02% | | | | | 36 | 0.01% | | | | |
| SICK PAY | 40 | 0.02% | | | | | 40 | 0.01% | | | | |
| VACATION PAY | 64 | 0.03% | | | | | 64 | 0.02% | | | | |
| PAYROLL TAXES | 319 | 0.17% | | | | | 579 | 0.15% | | | | |
| TOTAL PAYROLL & RELATED | 1,788 | 0.93% | | | | | 2,869 | 0.75% | | | | |
| OTHER EXPENSES | | | | | | | | | | | | |
| LAUNDRY SUPPLIES | 480 | 0.25% | | | | | 1,035 | 0.28% | | | | |
| OTHER LAUNDRY COSTS | (1) | 0.00% | | | | | | | | | | |
| TOTAL OTHER EXPENSES | 479 | 0.25% | | | | | 1,035 | 0.28% | | | | |
| COST OF HOTEL LAUNDRY | 2,267 | 1.18% | | | | | 3,904 | 1.06% | | | | |
| CHARGED TO: | | | | | | | | | | | | |
| ROOMS | (2,268) | (1.18%) | | | | | (3,894) | (1.05%) | | | | |
| TOTAL | (2,268) | (1.18%) | | | | | (3,894) | (1.05%) | | | | |
| GUEST LAUNDRY | | | | | | | | | | | | |
| REVENUE | | | | | | | | | | | | |
| GUEST LAUNDRY & DRY CLEA | 29 | 0.02% | | | | | 125 | 0.03% | | | | |
| TOTAL REVENUE | 29 | 0.02% | | | | | 125 | 0.03% | | | | |
| NET REVENUE | 29 | 0.02% | | | | | 125 | 0.03% | | | | |
| COST OF SALES | | | | | | | | | | | | |
| COST OF GUEST & OUTSIDE | 22 | 0.01% | | | | | 97 | 0.03% | | | | |
| TOTAL COST OF SALES | 22 | 0.01% | | | | | 97 | 0.03% | | | | |
| DEPARTMENTAL INCOME (LOS | 7 | 0.00% | | | | | 28 | 0.01% | | | | |

Four Points Saginaw
Four Points Sheraton Saginaw
For The Period Aug 7 to Sep 30, 2009

| | CURRENT PERIOD | | | | | | YEAR TO DATE | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | ACTUAL | % | LAST YEAR | % | BUDGET | % | ACTUAL | % | LAST YEAR | % | BUDGET | % |
| **FRANCHISE FEES** | | | | | | | | | | | | |
| ROYALTY FEES / SYSTEM FEE- | $8,905 | 4.55% | | | | | $16,678 | 4.55% | | | | |
| RESERVATION SYSTEM FEE- | 5,403 | 2.06% | | | | | 9,977 | 2.73% | | | | |
| FRANCHISE ADVERTISING FE | 2,462 | 1.88% | | | | | 4,663 | 1.27% | | | | |
| TOTAL FRANCHISE FEES | 16,750 | 8.74% | | | | | 31,318 | 8.55% | | | | |
| **MANAGEMENT FEES** | | | | | | | | | | | | |
| MANAGEMENT FEE | 5,748 | 3.00% | | | | | 10,980 | 3.00% | | | | |
| TOTAL MANAGEMENT FEES | 5,748 | 3.00% | | | | | 10,980 | 3.00% | | | | |
| **RENT AND LEASE EXPENSES** | | | | | | | | | | | | |
| CAPITAL LEASES | 659 | 0.34% | | | | | 659 | 0.18% | | | | |
| TOTAL RENT AND LEASE EXP | 659 | 0.34% | | | | | 659 | 0.18% | | | | |
| **PROPERTY TAXES** | | | | | | | | | | | | |
| REAL ESTATE TAXES | 15,622 | 8.15% | | | | | 31,243 | 8.54% | | | | |
| PERSONAL PROP TAX | 1,398 | 0.68% | | | | | 2,596 | 0.71% | | | | |
| TOTAL PROPERTY TAX EXPE | 16,920 | 8.83% | | | | | 33,839 | 9.25% | | | | |
| **INSURANCE** | | | | | | | | | | | | |
| INSURANCE - BUILDING & CO | 2,520 | 1.32% | | | | | 4,552 | 1.24% | | | | |
| INSURANCE - GENERAL LIABILITY | | | | | | | | | | | | |
| INSURANCE - WORKER'S CO | 555 | 0.29% | | | | | 1,003 | 0.27% | | | | |
| TOTAL INSURANCE EXPENSE | 3,075 | 1.60% | | | | | 5,555 | 1.52% | | | | |
| WORKERS COMPENSATION/INSURANCE | | | | | | | | | | | | |

Four Points Sheraton Saginaw
For The Period Aug 7 to Sep 30, 2009

|  | CURRENT PERIOD | | | | | | YEAR TO DATE | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | ACTUAL | % | LAST YEAR | % | BUDGET | % | ACTUAL | % | LAST YEAR | % | BUDGET | % |
| **OVERALL** | | | | | | | | | | | | |
| ROOMS AVAILABLE | 4,260 | | | | | | 7,810 | | | | | |
| OCCUPIED ROOMS | 2,585 | | | | | | 4,772 | | | | | |
| % OF OCCUPANCY | 60.68% | | | | | | 61.10% | | | | | |
| AVERAGE RATE | $68.12 | | | | | | $70.59 | | | | | |
| REVPAR | $41.34 | | | | | | $43.13 | | | | | |
| NUMBER OF GUESTS | 3,516 | | | | | | 6,986 | | | | | |
| **AVERAGE RATE / DAY** | | | | | | | | | | | | |
| MONDAY | $63.80 | | | | | | $63.31 | | | | | |
| TUESDAY | $68.02 | | | | | | $68.46 | | | | | |
| WEDNESDAY | $67.54 | | | | | | $67.01 | | | | | |
| THURSDAY | $67.40 | | | | | | $68.97 | | | | | |
| FRIDAY | $64.67 | | | | | | $77.50 | | | | | |
| SATURDAY | $72.87 | | | | | | $81.23 | | | | | |
| SUNDAY | $65.92 | | | | | | $62.80 | | | | | |
| **% OF OCCUPANCY BY DAY** | | | | | | | | | | | | |
| MONDAY | 49.12% | | | | | | 49.12% | | | | | |
| TUESDAY | 60.99% | | | | | | 61.53% | | | | | |
| WEDNESDAY | 61.13% | | | | | | 64.44% | | | | | |
| THURSDAY | 57.78% | | | | | | 59.76% | | | | | |
| FRIDAY | 71.65% | | | | | | 68.93% | | | | | |
| SATURDAY | 82.39% | | | | | | 82.22% | | | | | |
| SUNDAY | 41.55% | | | | | | 41.55% | | | | | |
| **NUMBER OF DAY'S** | | | | | | | | | | | | |
| 90 - 100% | 2 | 6.67% | | | | | 2 | 3.64% | | | | |
| 80 - 89% | 2 | 6.67% | | | | | 7 | 12.73% | | | | |
| 70 - 79% | 6 | 20.00% | | | | | 11 | 20.00% | | | | |
| 60 - 69% | 4 | 13.33% | | | | | 7 | 12.73% | | | | |
| 50 - 59% | 11 | 36.67% | | | | | 17 | 30.91% | | | | |
| 49% OR BELOW | 5 | 16.67% | | | | | 11 | 20.00% | | | | |
| TOTAL | 30 | 100.00% | | | | | 55 | 100.00% | | | | |

Four Points Saginaw
Four Points Sheraton Saginaw
For The Period Aug 7 to Sep 30, 2009

| INDIVIDUAL MARKET SEGMENTS | CURRENT PERIOD | | | | | | YEAR TO DATE | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ACTUAL | % | LAST YEAR | % | BUDGET | % | ACTUAL | % | LAST YEAR | % | BUDGET | % |
| **RACK** | | | | | | | | | | | | |
| REVENUE | $23,412 | 13.30% | | | | | $43,388 | 12.89% | | | | |
| ROOM NIGHTS | 287 | 9.94% | | | | | 495 | 9.17% | | | | |
| AVERAGE RATE | $81.57 | | | | | | $87.46 | | | | | |
| **DISCOUNT** | | | | | | | | | | | | |
| REVENUE | 33,021 | 18.78% | | | | | 60,822 | 18.00% | | | | |
| ROOM NIGHTS | 465 | 16.10% | | | | | 864 | 16.01% | | | | |
| AVERAGE RATE | $71.01 | | | | | | $70.16 | | | | | |
| **CORPORATE** | | | | | | | | | | | | |
| REVENUE | 13,477 | 7.66% | | | | | 17,502 | 5.22% | | | | |
| ROOM NIGHTS | 189 | 4.81% | | | | | 185 | 3.43% | | | | |
| AVERAGE RATE | $95.96 | | | | | | $95.04 | | | | | |
| **PREFERRED CORPORATE** | | | | | | | | | | | | |
| REVENUE | 55,460 | 31.51% | | | | | 95,228 | 28.59% | | | | |
| ROOM NIGHTS | 970 | 80.12% | | | | | 1,507 | 27.92% | | | | |
| AVERAGE RATE | $93.78 | | | | | | $83.85 | | | | | |
| **SPECIAL PACKAGES** | | | | | | | | | | | | |
| **WEEKEND** | | | | | | | | | | | | |
| REVENUE | 363 | 0.21% | | | | | 725 | 0.22% | | | | |
| ROOM NIGHTS | 4 | 0.14% | | | | | 8 | 0.15% | | | | |
| AVERAGE RATE | $90.76 | | | | | | $90.63 | | | | | |
| **GOVERNMENT/MILITARY** | | | | | | | | | | | | |
| REVENUE | 6,760 | 3.84% | | | | | 12,901 | 3.83% | | | | |
| ROOM NIGHTS | 96 | 3.32% | | | | | 186 | 3.45% | | | | |
| AVERAGE RATE | $70.42 | | | | | | $69.36 | | | | | |
| **FIT** | | | | | | | | | | | | |
| **LOCAL PROMO/SEASONAL** | | | | | | | | | | | | |
| REVENUE | 669 | 0.38% | | | | | 669 | 0.20% | | | | |
| ROOM NIGHTS | 11 | 0.38% | | | | | 11 | 0.20% | | | | |
| AVERAGE RATE | $80.82 | | | | | | $80.82 | | | | | |
| **BASE** | | | | | | | | | | | | |
| **PERMANENT** | | | | | | | | | | | | |
| REVENUE | 12,474 | 7.09% | | | | | 26,043 | 7.73% | | | | |
| ROOM NIGHTS | 303 | 10.49% | | | | | 626 | 11.60% | | | | |
| AVERAGE RATE | $41.17 | | | | | | $41.60 | | | | | |
| **TOTAL INDIVIDUAL** | | | | | | | | | | | | |
| REVENUE | 145,636 | 82.72% | | | | | 258,058 | 76.60% | | | | |
| ROOM NIGHTS | 2,175 | 75.31% | | | | | 3,882 | 71.92% | | | | |
| AVERAGE RATE | $66.97 | | | | | | $66.48 | | | | | |

Four Points Saginaw
Four Points Sheraton Saginaw
For The Period Aug 7 to Sep 30, 2009

| GROUP MARKET SEGMENTS | CURRENT PERIOD | | | | | | YEAR TO DATE | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ACTUAL | % | LAST YEAR | % | BUDGET | % | ACTUAL | % | LAST YEAR | % | BUDGET | % |
| CORPORATE | | | | | | | | | | | | |
| REVENUE | $2,730 | 1.59% | | | | | $2,730 | 0.81% | | | | |
| ROOM NIGHTS | 42 | 1.62% | | | | | 42 | 0.88% | | | | |
| AVERAGE RATE | $65.00 | | | | | | $65.00 | | | | | |
| ASSOCIATION | | | | | | | | | | | | |
| REVENUE | 910 | 0.53% | | | | | 910 | 0.27% | | | | |
| ROOM NIGHTS | 14 | 0.54% | | | | | 14 | 0.29% | | | | |
| AVERAGE RATE | $65.00 | | | | | | $65.00 | | | | | |
| SOCIAL | | | | | | | | | | | | |
| REVENUE | 16,693 | 9.47% | | | | | 94,217 | 19.08% | | | | |
| ROOM NIGHTS | 204 | 7.88% | | | | | 675 | 14.15% | | | | |
| AVERAGE RATE | $81.78 | | | | | | $95.14 | | | | | |
| GOVERNMENT | | | | | | | | | | | | |
| REVENUE | 4,340 | 2.46% | | | | | 4,340 | 1.28% | | | | |
| ROOM NIGHTS | 62 | 2.40% | | | | | 62 | 1.30% | | | | |
| AVERAGE RATE | $70.00 | | | | | | $70.00 | | | | | |
| TOUR & TRAVEL | | | | | | | | | | | | |
| REVENUE | 2,901 | 1.65% | | | | | 2,901 | 0.85% | | | | |
| ROOM NIGHTS | 41 | 1.59% | | | | | 41 | 0.86% | | | | |
| AVERAGE RATE | $70.76 | | | | | | $70.76 | | | | | |
| SMERF | | | | | | | | | | | | |
| CITY WIDE | | | | | | | | | | | | |
| CONTRACT | | | | | | | | | | | | |
| SMALL GROUP W/MEETINGS | | | | | | | | | | | | |
| SMALL GROUP NO MTG LTD SVC | | | | | | | | | | | | |
| EDUCATION | | | | | | | | | | | | |
| REVENUE | 2,860 | 1.62% | | | | | 3,661 | 1.09% | | | | |
| ROOM NIGHTS | 47 | 1.82% | | | | | 56 | 1.17% | | | | |
| AVERAGE RATE | $60.85 | 30.02% | | | | | $65.38 | 30.01% | | | | |
| RELIGIOUS/FRATERNAL | | | | | | | | | | | | |
| TOTAL GROUP | | | | | | | | | | | | |
| REVENUE | 30,424 | 17.28% | | | | | 78,769 | 23.38% | | | | |
| ROOM NIGHTS | 410 | 15.86% | | | | | 850 | 18.69% | | | | |
| AVERAGE RATE | $74.20 | | | | | | $88.49 | | | | | |

Four Points Saginaw
Four Points Sheraton Saginaw
For The Period Aug 7 to Sep 30, 2009

| | CURRENT PERIOD | | | | | | YEAR TO DATE | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ACTUAL | % | LAST YEAR | % | BUDGET | % | ACTUAL | % | LAST YEAR | % | BUDGET | % |
| TOTAL INDIVID. & GROUP | | | | | | | | | | | | |
| GROSS ROOM REVENUE | $176,090 | | | | | | $336,877 | | | | | |
| LESS: ALLOWANCES | | | | | | | | | | | | |
| NET ROOM REVENUE | 176,090 | | | | | | 336,875 | | | | | |
| ROOM NIGHTS | 2,995 | | | | | | 4,772 | | | | | |
| % OF OCCUPANCY | 60.08% | | | | | | 81.10% | | | | | |
| NET AVERAGE RATE | $58.12 | | | | | | $70.59 | | | | | |
| COMPLIMENTARY ROOMS | 28 | | | | | | 105 | | | | | |

Four Points Saginaw
Four Points Sheraton Saginaw
For The Period Aug 1 to Sep 30, 2009

| | CURRENT PERIOD | | | | | | YEAR TO DATE | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ACTUAL | % | LAST YEAR | % | BUDGET | % | ACTUAL | % | LAST YEAR | % | BUDGET | % |
| **FRONT OFFICE** | | | | | | | | | | | | |
| MANAGERS & SUPVORS. | 4,014 | 2.29% | | | | | 7,546 | 2.24% | | | | |
| FRONT DESK AGENTS | 4,676 | 2.66% | | | | | 9,037 | 2.68% | | | | |
| TOTAL | 8,690 | 4.93% | | | | | 16,582 | 4.92% | | | | |
| **RESERVATIONS** | | | | | | | | | | | | |
| **SERVICE** | | | | | | | | | | | | |
| **HOUSEKEEPING** | | | | | | | | | | | | |
| EXECUTIVE HOUSEKEEPER | 1,525 | 0.87% | | | | | 2,864 | 0.86% | | | | |
| MANAGERS & SUPVORS. | 1,195 | 0.68% | | | | | 1,982 | 0.59% | | | | |
| ATTENDANTS | 11,861 | 6.74% | | | | | 23,691 | 7.02% | | | | |
| HOUSEPERSONS | 3,041 | 1.73% | | | | | 6,593 | 1.95% | | | | |
| TOTAL | 17,622 | 10.01% | | | | | 35,133 | 10.42% | | | | |
| **TOTAL ROOMS PAYROLL** | 26,312 | 14.94% | | | | | 51,715 | 15.35% | | | | |
| **LAUNDRY DEPARTMENT** | | | | | | | | | | | | |
| ATTENDANTS | 1,328 | 0.75% | | | | | 2,140 | 0.64% | | | | |
| TOTAL | 1,328 | 0.75% | | | | | 2,140 | 0.64% | | | | |
| **TELEPHONE DEPARTMENT** | | | | | | | | | | | | |

Four Points Saginaw
Four Points Sheraton Saginaw
For The Period Aug 7 To Sep 30, 2009

| | CURRENT PERIOD | | | | | | YEAR TO DATE | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | ACTUAL | % | LAST YEAR | % | BUDGET | % | ACTUAL | % | LAST YEAR | % | BUDGET | % |
| **ADMINISTRATIVE & GENERAL** | | | | | | | | | | | | |
| **EXECUTIVE OFFICE** | | | | | | | | | | | | |
| GM/ASST GM/ADMIN | 54,280 | 2.23% | | | | | 87,714 | 2.11% | | | | |
| TOTAL | 4,280 | 2.23% | | | | | 7,714 | 2.11% | | | | |
| **ACCOUNTING** | | | | | | | | | | | | |
| CONTROLLER/ASST | 1,500 | 0.78% | | | | | 2,693 | 0.74% | | | | |
| NIGHT AUDITORS | 2,922 | 1.52% | | | | | 5,267 | 1.44% | | | | |
| TOTAL | 4,422 | 2.31% | | | | | 7,960 | 2.17% | | | | |
| **HUMAN RESOURCES** | | | | | | | | | | | | |
| **MANAGEMENT INFORMATION SYSTEMS** | | | | | | | | | | | | |
| **SECURITY** | | | | | | | | | | | | |
| TOTAL, GEN. & ADMIN PAYROLL | 8,702 | 4.54% | | | | | 15,664 | 4.28% | | | | |
| **MARKETING AND SALES** | | | | | | | | | | | | |
| DIRECTOR OF SALES | 2,158 | 1.13% | | | | | 3,871 | 1.05% | | | | |
| TOTAL | 2,158 | 1.13% | | | | | 3,871 | 1.05% | | | | |
| **PROPERTY OPERATIONS & MAINT** | | | | | | | | | | | | |
| CHIEF ENGINEER | 3,569 | 1.86% | | | | | 4,331 | 1.18% | | | | |
| MAINTENANCE | 1,670 | 0.87% | | | | | 5,239 | 1.43% | | | | |
| TOTAL | 5,239 | 2.73% | | | | | 9,570 | 2.61% | | | | |
| **GARAGE** | | | | | | | | | | | | |
| TOTAL MKTG PROP. OPS. & M | 7,396 | 3.86% | | | | | 13,441 | 3.67% | | | | |
| TOTAL PAYROLL | 44,046 | 22.99% | | | | | 83,386 | 22.73% | | | | |

Four Points Saginaw
Four Points Sheraton Saginaw
BALANCE SHEET
For The Period Aug 7 to Sep 30, 2009

| | This Period | Beg-Fiscal |
|---|---|---|
| CURRENT ASSETS: | | |
| CASH | 190,549 | |
| INVESMENTS | | |
| ACCOUNTS RECEIVABLE-NET OF RESERVE | 114,188 | |
| INVENTORIES | 1,479 | |
| PREPAID EXPENSES | 116,185 | |
| TOTAL CURRENT ASSETS | 422,401 | |
| | | |
| PROPERTY AND EQUIPMENT: | | |
| LAND | | |
| BUILDING AND IMPROVEMENTS | | |
| FURNITURE, FIXTURES AND EQUIPMENT | 8,667 | |
| TOTAL | 8,667 | |
| LESS ACCUMULATED DEPRECIATION | | |
| NET PROPERTY AND EQUIPMENT | 8,667 | |
| | | |
| OTHER ASSETS: | | |
| DEPOSITS | | |
| DEFERRED COSTS | | |
| TOTAL OTHER ASSETS | | |
| | | |
| TOTAL ASSETS | 431,067 | |

| | This Period | Beg-Fiscal |
|---|---|---|
| CURRENT LIABILITIES: | | |
| NOTES PAYABLE | 102,117 | |
| ACCOUNTS PAYABLE-TRADE | (188) | |
| DUE TO/FROM | (6,307) | |
| INTERCOMPANY | 56,895 | |
| ACCRUED PAYROLL AND EXPENSES | | |
| ACCRUED REAL ESTATE TAXES | | |
| ACCRUED INTEREST EXPENSE | | |
| ACCRUED-OTHER | 64,473 | |
| TOTAL CURRENT LIABILITIES | 216,990 | |
| | | |
| LONG TERM DEBT: | | |
| NOTE PAYABLE | | |
| MORTGAGE PAYABLE | | |
| TOTAL LONG TERM DEBT | | |
| | | |
| PARTNERS' EQUITY | | |
| PARTNERS' CONTRIBUTION | | |
| CAPITAL CONTRIBUTION DUE | 174,428 | |
| PROFIT/LOSS - PRIOR PERIOD | | |
| PROFIT/LOSS - CURRENT | 39,649 | |
| TOTAL PARTNERS' EQUITY | 214,077 | |
| | | |
| TOTAL LIABILITIES AND PARTNERS EQUITY | 431,067 | |