UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LBUBS 2007-02 TOWNE CENTER
ROAD LLC,

        Plaintiff,

                                          Case Number 09-13249-BC
v.                                       Honorable Thomas L. Ludington

SAGINAW SH-MG, et al,

        Defendants.
_____/

## ORDER PURSUANT TO STATUS CONFERENCE

On November 19, 2009, the Court was informed that the parties have selected an accountant to be appointed by the Court to help narrow the issues in this case. Previously, at a telephonic status conference held on November 18, 2009, the parties agreed to prepare a five to six page statement of the issues to be exchanged amongst the parties, presented to the selected accountant, and presented to the Court in preparation for an in-person status conference scheduled for November 30, 2009. The parties agreed to provide the statements by the close of business on November 25, 2009.

Accordingly, it is **ORDERED** that the parties are **DIRECTED** to provide the agreed-upon statements to each other, the selected accountant, and the Court through the utilities function of the CM/ECF system, by the close of business on **November 25, 2009**.

                                                              s/Thomas L. Ludington
                                                              THOMAS L. LUDINGTON
                                                              United States District Judge

Dated: November 20, 2009

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on November 20, 2009.

        s/Tracy A. Jacobs
        TRACY A. JACOBS